IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GREGORY D. IVY, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CV 119-134 |
| | * | (Formerly CR 115-002) |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

**ORDER**

Before the Court is Petitioner's motion for a certificate of appealability ("COA"). (Doc. 14.) Petitioner sought a COA from the United States Court of Appeals for the Eleventh Circuit, but the Eleventh Circuit directed the motion to this Court. (See Transfer of Doc., Doc. 14, at 1-2.) This Court previously denied a COA in this case.[1] (Order, Doc. 9, at 2.) Accordingly, Petitioner's motion for a COA (Doc. 14) is **DENIED AS MOOT**.[2]

**ORDER ENTERED** at Augusta, Georgia, this 13th day of August, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner informed the Eleventh Circuit that this Court previously denied a COA. (Motion for COA, Doc. 14, at 3.)

[2] "If the court denies a certificate, [a] part[y] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2255 Proceedings; see also 11th Cir. R. 22-1(b).